FILED
CLERK, U.S. DISTRICT COURT

JUL 1 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AREVALO, | NO. CV 06-06090-GHK (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| V.M. ALMAGER, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 7/13/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE